This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

**v.**                                                                 **No. 33,877**

**TERRANCE JOHNSON,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Michael Martinez, District Judge**

Gary K. King, Attorney General
Nicole Beder, Assistant Attorney General
Santa Fe, NM

for Appellee

Law Offices of the Public Defender
Jorge A. Alvarado, Chief Public Defender
Santa Fe, NM
Jennifer K. Trujillo, Assistant Appellate Defender
Albuquerque, NM

for Appellant

## MEMORANDUM OPINION

**SUTIN, Judge.**

{1}     Defendant appeals from the district court's order revoking his probation and reinstating it for three more years. Unpersuaded that the State proved Defendant's fugitive status within his probation period and that he was unentitled to credit for time served on probation, we issued a notice of proposed summary disposition, proposing to reverse the district court's order. In the absence of a such a showing, it appeared to us that the district court should have given Defendant credit for time served on probation and that the district court was without jurisdiction to revoke Defendant's probation after his probationary term had ended. Accordingly, we proposed to reverse and remand this case to the district court to vacate its order revoking and reinstating Defendant's probation and to issue Defendant a certificate of satisfactory completion of probation. The State has filed a response to our notice, indicating that it does not oppose our proposal to summarily reverse on the grounds stated in the notice.

{2}     Thus, for the reasons stated in the notice, we hold that the State did not establish that Defendant was a fugitive from justice and that the district court was without jurisdiction to revoke and reinstate Defendant's probation. Accordingly, we reverse and remand this case to the district court to vacate its order revoking and reinstating Defendant's probation and to issue Defendant a certificate of satisfactory completion of probation.

{3}     **IT IS SO ORDERED.**

                              _____

**JONATHAN B. SUTIN, Judge**

**WE CONCUR:**

_____

**RODERICK T. KENNEDY, Chief Judge**

_____

**LINDA M. VANZI, Judge**